■ STEPHEN LIPSMAN et al., Plaintiffs, v. MARLENE R. WARREN et al., Appellants, and ACE MOTORS FLATBUSH CORP., Respondent. MARLENE R. WARREN et al., Third-Party Plaintiffs-Appellants, v. ACE MOTORS FLATBUSH CORP., Third-Party Defendant-Respondent.— Motion by Ace Motors Flatbush Corp. for reargument referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ DAVID MATUS, Respondent, v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ EILEEN McCONVILLE, as Administratrix of the Estate of WILLIAM J. BRETSCH, Deceased, Respondent, v. GERTRUDE BRETSCH, Appellant, et al., Defendant.— Motion for reargument, denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ LOUIS MELNICK, Appellant, v. CHARLES SABLE et al., Respondents, et al., Defendant.— Motion for leave to appeal as a poor person denied, without prejudice to renewal upon a showing of merit in the appeal and upon otherwise complying with the pertinent statutory provisions (cf. Civ. Prac. Act, §§ 198-a, 199, 558; Rules Civ. Prac., rules 35, 36). Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ ANGELINA MEMMOLI, Respondent, v. GEORGE SPERBER, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.

■ ROBERT OHNEMUS et al., Appellants, v. RAYMOND W. COLLINS et al., Respondents, et al., Defendant.— Motion for an order " continuing the temporary injunction " granted by the trial court. Motion granted to the extent that respondents are stayed from installing any further physical appurtenances in the disputed strip of land and from doing any act in the nature of an exercise of a right of ownership with respect to said strip, pending hearing and determination of appeals; otherwise, motion denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ BERNARD OTNER, Appellant-Respondent, v. CHARLES JAMISON, Respondent, and WILLIAM BUCHE, Respondent-Appellant, et al., Defendants. (Action No. 1.) (Four other Consolidated Actions.) Motion by respondent Jamison to dismiss appeals granted by default, without costs, and appeals dismissed. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES C. ALLEN, Appellant.— Motion to dismiss appeal granted and appeal dismissed on the ground that the appeal was not taken within the time prescribed by law. (Code Crim. Pro., § 521.) Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK ARAGONA, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.